## LAWRENCE WILMER KIRBY v. ELIZABETH ELAM KIRBY

18 So. (2nd) 754                     .                    June Term, 1944
July 11, 1944                                              Division A

*Martin J. Pearl,* for appellant.

*Alton T. Peacock,* for appellee.

PER CURIAM:

This is a suit for divorce on the ground of habitual intemperance. Appellant contends that the statutory residence nor the ground relied on for divorce was proven. We have examined the record and find evidence sufficient to support both.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.